**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DARRAH R. WALCK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-05-430-R |
| | ) |
| W.A. "DREW" EDMONDSON, | ) |
| Attorney General of Oklahoma, and | ) |
| KURT SHIREY, Sheriff of | ) |
| Pottawatomie County, Oklahoma, | ) |
| | ) |
| Respondents. | ) |

## O R D E R

There being no objection to the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach entered June 6, 2005, granting Petitioner's motion to dismiss W.A. "Drew" Edmondson as a party Respondent herein, that Report and Recommendation is ADOPTED in its entirety, Petitioner's motion to dismiss is GRANTED and Mr. Edmondson is DISMISSED as a party Respondent herein.

**IT IS SO ORDERED this 3rd day of August, 2005.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE